IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SALVADOR DURAN,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | **ORDER DENYING DEFENDANT'S § 2255 MOTION TO VACATE SENTENCE**<br><br><br>Case No. 2:06-CV-00021 PGC |

In his motion, defendant Salvador Duran argues that his sentence must be vacated or amended because of the recent *Booker/Blakely* decisions. In light of this court's opinion in *Rucker v. United States*,[1] Duran's § 2255 motion to vacate sentence is DISMISSED because those rulings cannot be retroactively applied. And any collateral consequences stemming from his status as a deportable alien do not entitle him to relief under § 2255.[2]

DATED this 15th day of May, 2006.

BY THE COURT:

_____
Paul G. Cassell
United States District Judge

---

[1] 382 F. Supp. 2d 1288 (D. Utah 2005).

[2] *United States v. Mendoza-Lopez*, 7 F.3d 1483 (10th Cir. 1993), *overruled on other grounds by United State v. Fagan*, 162 F.3d 1280 (10th Cir. 1998).